1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

7
8
9

| STATE OF WASHINGTON, | Civil Action No. 2:19-cv-00884-RAJ |
|---|---|

10

Plaintiff,

**ORDER GRANTING MOTIONS TO
INTERVENE AS PLAINTIFFS**

11

SAUK-SUIATTLE INDIAN TRIBE and
QUINAULT INDIAN NATION

12
13

[Proposed] Intervenor-Plaintiffs,

14

v.

15

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and
ANDREW WHEELER, Administrator,
United States Environmental Protection
Agency,

16
17
18
19

Defendants,

20

NORTHWEST PULP & PAPER
ASSOCIATION, AMERICAN FOREST
& PAPER ASSOCIATION, WESTERN
WOOD PRESERVERS INSTITUTE,
TREATED WOOD COUNCIL, and
WASHINGTON FARM BUREAU,

21
22
23
24

[Proposed] Intervenor-Defendants.

25

     This matter is before the Court on the Sauk-Suiattle Indian Tribe and Quinault

26

Indian Nation's motions to intervene as plaintiffs.  Dkt. # 7, 21. The motions are

27

unopposed.  Dkt. ## 11, 24.

28

ORDER - 1

Having considered the briefings of the parties and the remainder of the record, the Court **GRANTS** the motions.   Dkt. # 7, 21.   Intervenor-Plaintiff Sauk-Suiattle Indian Tribe and Intervenor-Plaintiff Quinault Indian Nation are directed to file their complaints **on or before, March 16, 2020**.

DATED this 9th day of March, 2020.

The Honorable Richard A. Jones
United States District Judge