Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | ) |
| Plaintiff, | ) No. 2:19-cv-00884-RAJ |
| v. | ) JOINT STIPULATED MOTION TO DISMISS THIS LAWSUIT WITHOUT PREJUDICE AND PROPOSED ORDER |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL REGAN, Administrator, United States Environmental Protection Agency, | ) Date on Motion Calendar: January 27, 2023 |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all the Parties in this case -- Defendants U.S. Environmental Protection Agency, et al. (collectively "EPA"), Plaintiff State of Washington, Plaintiff-Intervenors the Sauk-Suiattle Indian Tribe and the Quinault Indian Nation, and Defendant-Intervenors Northwest Pulp & Paper Association, et al. -- jointly stipulate to the dismissal of this lawsuit without prejudice, for the reason below.

The Court in its order dated July 6, 2021 (Doc. 85) placed this case in abeyance pending EPA's notice-and-comment rulemaking under the Clean Water Act to propose and finalize a rule establishing federal human health criteria applicable to Washington State's surface waters. EPA has taken that final action and published it in the Federal Register on November 18, 2022. *See*

JOINT STIPULATED MOTION
FOR DISMISSAL         - 1 -

Case No. 2:19-cv-00884-RAJ

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Restoring Protective Human Health Criteria in Washington, 87 Fed. Reg. 69,183 (Nov. 18, 2022). That final action served to replace the human health criteria that previously applied in Washington and that were challenged in this lawsuit.

Accordingly, all the Parties in this case stipulate to the dismissal of this lawsuit and request that the Court issue an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing this lawsuit without prejudice.

ORDER

It Is So Ordered, this _____ day of _____, 2023, that this lawsuit is dismissed without prejudice.

_____
United States District Judge

JOINT STIPULATED MOTION
FOR DISMISSAL                - 2 -

Case No. 2:19-cv-00884-RAJ

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

Respectively submitted and stipulated to:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ David Kaplan
DAVID J. KAPLAN
United States Department of Justice
Environment Defense Section
P.O. Box 7611
Washington, DC 20044

NICHOLAS W. BROWN
United States Attorney

BRIAN KIPNIS
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
*Attorneys for Defendant EPA*

/s/ Ronald Lavigne
RONALD L. LAVIGNE, WSBA #18550
Senior Counsel
ANDREW A. FITZ, WSBA #22169
Senior Counsel
Office of the Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117
*Attorneys for Plaintiff State of Washington*

/s/ Rob Roy Smith
ROB ROY SMITH, WSBA #33798
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
*Attorneys for Plaintiff-Intervenor Quinault Indian Nation*

/s/ Jack Fiander
JACK W. FIANDER, WSBA #13116
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue

JOINT STIPULATED MOTION
FOR DISMISSAL                  - 3 -

Case No. 2:19-cv-00884-RAJ

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044

1  Yakima, WA 98908
   *Attorney for Plaintiff-Intervenor*
2  *Sauk-Suiattle Indian Tribe*

3  <u>s/   James Tupper</u>
   JAMES A. TUPPER, JR., WSBA #16873
4  LYNNE M. COHEE, WSBA #18496
   Tupper Mack Wells PLLC 2025 First Avenue, Suite 1100
5  Seattle, WA 98121

6
   *Attorneys for Defendant-Intervenors*
7  *Northwest Pulp & Paper Ass'n, et al.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

JOINT STIPULATED MOTION
FOR DISMISSAL                              - 4 -

Case No. 2:19-cv-00884-RAJ

David J. Kaplan.
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044